No. 85–1434.   TIERNEY ET AL. *v.* CITY OF TOLEDO ET AL. C. A. 6th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Teachers* v. *Hudson, ante,* p. 292.

No. — – ——.   CRIBB ET AL. *v.* PELHAM ET AL.; and
No. — – ——.   COX *v.* LEMAIRE, FAUNTZ & KATZNELSON. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–554.   IN RE DISBARMENT OF WOOD.   It is ordered that Jack R. Wood, of Shelbyville, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–555.   IN RE DISBARMENT OF KERPAN.   It is ordered that William John Kerpan, of Marysville, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 74, Orig.   GEORGIA *v.* SOUTH CAROLINA.   First Report of the Special Master received and ordered filed.   [For earlier order herein, see, *e. g.,* 434 U. S. 1057.]

No. 85–236.   EICHENLAUB *v.* YURKY ET AL.   C. A. 3d Cir. [Certiorari granted, 474 U. S. 1049.]   Motion of respondents Zimmerman and Wicker for divided argument granted. Request for additional time for oral argument denied.

No. 85–473.   CARGILL, INC., ET AL. *v.* MONFORT OF COLORADO, INC.   C. A. 10th Cir.   [Certiorari granted, 474 U. S. 1049.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.   JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 85–488.   OHIO CIVIL RIGHTS COMMISSION ET AL. *v.* DAYTON CHRISTIAN SCHOOLS, INC., ET AL.   C. A. 6th Cir.   [Probable jurisdiction postponed, 474 U. S. 978.]   Motion of appellees for leave to file a supplemental brief after argument granted.